IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02940-CMA-BNB

HERMAN BARNES, JR.

     Plaintiff,

v.

ALLRED,

     Defendant.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 4 2011

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This cause came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted Plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant or counsel for Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on Defendant.

DATED: April __14__, 2011

BY THE COURT:

*Christine M Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  10-cv-02940-CMA-BNB

Herman Barnes, Jr.
Reg. No. 22698-086
ADX – Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: David Allred

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C.  20530

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on David Allred; to United States Attorney General; and to the United States Attorney's Office: COMPLAINT FILED 1/18/11, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on _4/14/11_.

GREGORY C. LANGHAM, CLERK

By: _____
                      Deputy Clerk