IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-02940-CMA-BNB

HERMAN BARNES,

Plaintiff,

v.

ALLRED,

Defendant.

_____

**ORDER**
_____

This matter arises on the parties' **Joint Motion to Stay Pending Potential Dismissal** [Doc. #33, filed 07/26/2011] (the "Motion"). The Motion is DENIED.

The plaintiff filed his Prisoner Complaint on January 18, 2011 [Doc. #7] (the "Complaint"). The Complaint asserts one claim against the Clinical Director of the United States Penitentiary-Administrative Maximum in Florence, Colorado, for improperly treating his diabetes. The parties request a 90 day stay in order for the plaintiff to verify that his medical treatment is favorably controlling his hepatitis.

The parties do not provide any authority to stay the case.

IT IS ORDERED that the Motion is DENIED.

Dated July 27, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge