**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02940-CMA-BNB

HERMAN BARNES, JR.,

    Plaintiff,

v.

ALLRED,

    Defendant.

---

**ORDER ADOPTING AND AFFIRMING NOVEMBER 16, 2011,
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

---

    The above-entitled and numbered civil action was referred to United States Magistrate Judge Boyd N. Boland pursuant to 28 U.S.C. § 636.  (Doc. # 21.) On November 16, 2011, the Magistrate Judge issued a Recommendation (Doc. # 43), advising that the Motion to Dismiss of Defendant Allred (Doc. # 36) be granted.  The recommendation stated that "the parties have 14 days . . . to serve and file specific, written objections" and that failure to do so "waives *de novo* review of the recommendation by the district judge."  (Doc. # 43.)  Neither party has filed objections.

    "In the absence of timely objection, the district court may review a magistrate's report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (observing that "[i]t does not appear that Congress intended to require district court review of

a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Having reviewed the Recommendation, the Court discerns no clear error on the face of the record and determines that the Magistrate Judge's reasoning is sound.

Accordingly, it is hereby ORDERED that the Recommendation of United States Magistrate Judge Boyd N. Boland (Doc. # 43) is AFFIRMED and ADOPTED. Pursuant to the Recommendation, it is

FURTHER ORDERED that Defendant's Motion to Dismiss (Doc. # 36) is GRANTED. It is

FURTHER ORDERED that Plaintiff's Complaint (Doc. # 7) is DISMISSED WITH PREJUDICE.

DATED: December __15__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge